GEORGE A. EVALENKO, Respondent, *v.* ROBERT M. CATTS, Appellant.

*Bills, notes and checks — pleading — action to recover upon promissory note — sham defense.*

*Evalenko* v. *Catts*, 215 App. Div. 805, affirmed.

(Argued October 1, 1926; decided October 19, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1926, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion to strike out the answer and for summary judgment. The action was to recover upon a promissory note. The answer set up as a defense payment of the note and also a counterclaim based on an agreement alleged to have been made between the parties subsequent to the date of the said note whereby it was claimed that the defendant paid or caused to be paid at the special instance and request of the plaintiff the sum of $232,237.07, leaving a balance due the defendant, after deducting the amount of the note, of $127,006.37, for which an affirmative judgment was demanded. This defense the trial court held to be sham.

*Charles R. Coulter* and *Arnold L. Davis* for appellant.
*Reuben Tally* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

HELEN G. RUSSELL, Respondent, *v.* PAUL RECKER, Appellant.

*Negligence — motor vehicles — action for injuries occasioned by collision between two automobiles at street intersection.*

*Russell* v. *Recker*, 216 App. Div. 767, affirmed.

(Argued October 1, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 26, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in driving his automobile into another automobile in which plaintiff was riding at the intersection of South Broadway and Shady Lane in the city of Yonkers.

*Edward P. Mowton* for appellant.
*Nathaniel Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., and MCLAUGHLIN, J.

---

IRENE BROMAN, an Infant, by HILDA BROMAN, Her Guardian ad Litem, Respondent, *v.* HELING CONTRACTING CORPORATION, Appellant.

HILDA BROMAN, Respondent, *v.* HELING CONTRACTING CORPORATION, Appellant.

*Negligence — motor vehicles — action for injuries occasioned by collision between two automobiles at street intersection.*

*Broman v. Heling Cont. Corp.* (2 cases), 216 App. Div. 763, affirmed. (Argued October 1, 1926; decided October 19, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. Both actions were to recover for personal injuries alleged to have been sustained by plaintiffs through the negligence of defendant. Plaintiffs were driving in an automobile easterly on the right-hand side of Park avenue in the town of Babylon, Long Island. When within a few feet of Carl avenue defendant's motor truck came rapidly around the southwest corner and to avoid hitting same, plaintiffs were obliged to swing to the left and, crossing the street, struck a pole causing the injuries complained of.